IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. CCB-07-0355 |
| | : |
| ALAN B. FABIAN | : |

...o0o...

**MEMORANDUM**

Now pending are the motion for restitution and final order of forfeiture (docket entry no. 153) filed by the United States on May 13, 2009, and the supplemental motion in support (docket entry no. 154) filed on behalf of Mrs. Jackie Fabian on May 18, 2009.  An opposition has been filed by Zvi Guttman, the Chapter 11 Trustee in the bankruptcy case titled *In re Strategic Partners International, Inc.*, No. 04-30227 ("SPI"), to which both the government and Mrs. Fabian have replied.

The Trustee objects, first, that he did not receive notice of the specific settlement agreement the government intended to enter with Mrs. Fabian until the motion for restitution and final order was filed.  It is undisputed, however, that the Trustee has been listed on the docket as an interested party represented by counsel since 2007 and did receive notice of the preliminary forfeiture order docketed October 24, 2008 (see docket entry no. 116).[1]  The Trustee could have, but did not, assert a legal interest in the property sought to be forfeited at that time.  Failure to do so within 30 days renders his present objection untimely.  Title has passed to the United States, which may exercise its discretion in disposing of the property.  *United States v. Marion*, 562 F.3d 1330, 1339 (11th Cir. 2009); *United States v. Grossman*, 501 F.3d 846, 849 (7th Cir. 2007),

---

[1] The government also published notice of the forfeiture on an official government internet site for 30 days beginning February 13, 2009.  (Motion for Rest. at 3.)

*cert. denied* ___ U.S. ___, 128 S.Ct. 1098 (2008).

  Accordingly, the government's motion for restitution and final order will be granted.


|   June 8, 2009   |    /s/    |
|:---:|:---:|
| Date | Catherine C. Blake |
| | United States District Judge |