IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. CCB-07-0355 |
| ALAN B. FABIAN, | : |
| Defendant. | |

..ooOoo..

### ORDER OF RESTITUTION AND FORFEITURE

After a review of the government's Motion for a Final Order of Forfeiture and the pertinent record, it is this 8 day of June 2009 **ORDERED, ADJUDGED, AND DECREED** as follows:

1. In accordance with the Supplemental Settlement Agreement that is annexed to the government's motion for an order of forfeiture and restitution, the United States of America is directed to release the following items to claimant, JATAP Group LLC:

> b. One 2007 Audi, VIN #WAIBV94L67D032421;
>
> c. One 2006 Audi, VIN #WAUML44E86N004411;
>
> d. One 2003 Lexus, VIN #JTHFN48Y530040882;
>
> e. Real property, 117, 119 and 120 Ocean Boulevard West, Holden Beach, North Carolina 28462;
>
> f. Real property, 887 Ocean Boulevard West, Holden Beach, North Carolina 28462;
>
> g. $60,555.11 from the funds held by the Clerk of the Court for the District of Maryland, made payable to JATAP Group LLC.

2. In accordance with the Supplemental Settlement Agreement that is annexed to the government's motion for an order of forfeiture and restitution, the United States of America is directed to release the following assets to the Clerk of the

Court to be applied solely to the restitution order in this case, and to be distributed to victims on a pro rata basis:

      a. $37,500 U.S. Currency submitted to the U.S. Marshal Service on or about February 12, 2009, representing proceeds from the sale of 889 Ocean Boulevard West, Holden Beach, North Carolina 28462; and

      b. $147,000 U.S. Currency from the funds held by the Clerk of the Court for the District of Maryland.

3. The defendant Alan B. Fabian shall pay to the United States of America a money judgment of $20,000,000.

4. The clerk of the court shall provide copies of this order to counsel of record.

_____
Catharine C. Blake
United States District Judge